372 A.2d 433
Commonwealth ex rel. Baker, Appellant, v. Baker.

Submitted September 22, 1976. J. Graham Andes, and Van Steenburgh & Andes, for appellant; Franklin J. Seyfert, and Seyfert and Emuryan, for appellee.

Order affirmed.

372 A.2d 433
Commonwealth ex rel. Bisiakowski v. Bisiakowski, Appellant.

Submitted June 16, 1975. William J. Litvin, for appellant; Vincent M. Dadamo, Assistant District Attorney, and William H. Lamb, District Attorney, for appellee.

Order affirmed.